

# Fourth Court of Appeals
## San Antonio, Texas

### CONCURRING AND DISSENTING OPINION

No. 04-18-00118-CV

Jesus **VIRLAR**, M.D. and GMG Health Systems Associates, P.A., a/k/a and d/b/a Gonzaba Medical Group,
Appellants

v.

Jo Ann **PUENTE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04936
Honorable Norma Gonzales, Judge Presiding

### CONCURRING AND DISSENTING OPINION ON MOTION FOR REHEARING AND REMITTITUR

Opinion by:  Liza A. Rodriguez, Justice
Concurring and Dissenting Opinion by: Sandee Bryan Marion, Chief Justice, joined by Patricia O. Alvarez, Justice

Sitting:[1]    Sandee Bryan Marion, Chief Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

Delivered and Filed: May 6, 2020

I concur in the majority's opinion on motion for rehearing and remittitur in all respects

except its conclusion that remittitur is not appropriate on the settlement credit issue. Because I

---

[1]Justice Rebeca C. Martinez has recused herself from this appeal.

would hold remittitur is appropriate on the settlement credit issue for the reasons stated in my concurring and dissenting opinion dated February 5, 2020, I would suggest a remittitur in the full amount of the settlement. *See* TEX. R. APP. P. 46.3. I, therefore, respectfully dissent in part as to that issue. I join the majority in its decision to affirm the judgment as modified regarding the award of damages for future loss of earning capacity, as well as its decision to deny Puente's motion for rehearing.

Sandee Bryan Marion, Chief Justice